PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Mark Savage        **Docket Number:** 12-00161-001
       **PACTS Number:** 51626

**Name of Sentencing Judicial Officer:** The Honorable Paul C. Huck
      United States District Judge - SD/FL

**Name of New Judicial Officer:**     The Honorable Susan D. Wigenton
      United States District Judge - D/NJ

**Date of Original Sentence:** 06/16/2008

**Original Offense:** Conspiracy to Commit Money Laundering

**Original Sentence:** 18 months imprisonment; 3 years supervised release.

**Type of Supervision:** Supervised Release        **Date Supervision Commenced:** 10/14/09

**Assistant U.S. Attorney:** To Be Determined, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** To Be Determined, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-634

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the standard supervision condition which states 'The defendant shall report to the probation officer as directed by the Court or probation officer and shall submit a truthful and complete written report within the first five days of each month.' |
|  | The offender has not submitted Monthly Supervision Reports for March and April 2012. |
| 2 | The offender has violated the special supervision condition which states 'You shall contribute 12 hours of community service work per week, from the date supervision commences. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.' |

The offender was originally ordered to complete 500 hours of community service per year of supervised release.

On May 17, 2010, the order was modified, thereby reducing the community service hours to 20 hours per week.

On March 16, 2011, the order was further modified, reducing the number of community service hours to 12 hours per week.

On August 4, 2011, the offender's supervised release was transferred to the District of New Jersey. The offender was referred to the Bergen County Animal Shelter to complete 12 hours of community service per week. According to the Bergen County Animal Shelter, the offender reported for community service on October 22nd, October 23rd, November 5th and November 6, 2011. He completed 17 hours of community service. He was removed from this assignment due to inconsistent scheduling, not doing assigned tasks, using his cell phone during assigned hours and complaining about the assigned tasks.

As a result, the offender sought out the Center for Food Action, located in Englewood, New Jersey. The offender was approved to complete his community service hours through this organization but failed to register any hours with them.

Most recently, the offender was referred to Habitat for Humanity in Paterson, New Jersey. The offender was scheduled to report for community service on April 28, 2012. He did not report and has not re-scheduled.

Since the offender's transfer of supervision to the District of New Jersey, he has completed just 17 community service hours out of 504 community service hours.

3   The offender has violated the mandatory supervision condition which states '**As a condition of supervision, you are instructed to pay restitution in the amount of $34,366 to U.S. Clerk's Office, Attn: Financial Section, 400 North Miami Avenue, Room 8N09, Miami, Florida 33128-7716; it shall be paid in the following manner: $100 per month.**'

The offender was originally ordered to pay 15% of his gross monthly earnings towards restitution, but on April 14, 2010, the payments were modified to $100 per month.

The last payment received from the offender was on March 16, 2011 for $500. His current restitution balance is $33,052.74.

PROB 12C - Page 3
Mark Savage

I declare under penalty of perjury that the foregoing is true and correct.

By: Patrick Hattersley
U.S. Probation Officer
Date: 7/3/12

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons.  Date of Hearing: 7/24/12 @ 10:30
[ ] No Action
[ ] Other

Signature of Judicial Officer

July 9, 2012
Date