AO 245 D (Rev. 03/01) - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.                                                  Case Number    2:12-161-01

MARK E. SAVAGE

   Defendant.

## JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

The defendant, MARK E. SAVAGE, was represented by Patrick McMahon, Esq (AFPD).

Violation number(s) 1, 3 have been dismissed.

The defendant admitted guilt to violation number(s) 2 as stated on the violation petition. Accordingly, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation |
|---|---|
| 2 | 'Community Service' |

As pronounced on 7/30/12, the defendant is sentenced as provided in pages 2 through 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances. Unless modified by this judgment, all fines, restitution, costs, and special assessments previously imposed in the judgment filed on 6/16/08 remain in full force and effect, if not already paid.

Signed this the  30  day of July, 2012.

SUSAN D. WIGENTON
United States District Judge

Defendant:     MARK E. SAVAGE
Case Number:   2:12-161-01

## IMPRISONMENT

It is ordered and adjudged that the previously imposed term of supervised release is revoked and the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 4 months The sentence is to be served in a residential reentry center.

RESIDENTIAL REENTRY CENTER PLACEMENT (4 months WITHOUT weekend privileges)

You shall reside for a period of 4 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. You shall not be eligible for weekend privileges. You shall pay subsistence as required by the program.

The defendant shall surrender for service of sentence on the date and to the institution as directed by the Bureau of Prisons.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ To _____

At _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal